**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7064**

---

In Re: DONALD LEE TAYLOR, JR.,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.  (CA-01-629-5)

---

Submitted:  August 15, 2002          Decided:  August 26, 2002

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Donald Lee Taylor, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald Lee Taylor, Jr., filed a petition for a writ of mandamus alleging undue delay in the district court. Taylor filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 (West 2000) on July 18, 2001. The action was returned to a magistrate judge on January 11, 2002.

The writ of mandamus is a drastic remedy and should only be granted in those extraordinary situations when no other remedy is available. In re: Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because the matter has been pending before a magistrate judge for just over six months, we find that there has been no undue delay in processing Taylor's petition. We therefore deny the petition for mandamus relief without prejudice to Taylor's right to refile if the district court does not act forthwith. We grant Taylor's motion to proceed in forma pauperis in this court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED